**Order entered May 15, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01338-CV

### COPELAND CONCRETE CONTRACTORS, INC., Appellant

### V.

### SPECIALTY SOLUTIONS CONSTRUCTION, LLC, Appellee

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-06619**

## ORDER

Before the Court is appellee's May 13, 2013 third unopposed motion for an extension of time to file a brief. Appellee informs the Court that the parties are very close to reaching a settlement and states that this is its final motion requesting an extension to file a brief. We **GRANT** appellee's motion and extend the time to file its brief to June 27, 2013. We caution appellee that no further extension of time will be granted.

/s/     CAROLYN WRIGHT
         CHIEF JUSTICE